UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOE MALDONADO,<br><br>        Petitioner,<br><br>   v.<br><br>KIM HOLLAND, Warden,<br><br>        Respondent. | NO. CV 16-998-FMO(E)<br><br>ORDER ACCEPTING FINDINGS,<br><br>CONCLUSIONS AND RECOMMENDATIONS<br><br>OF UNITED STATES MAGISTRATE JUDGE |

    Pursuant to 28 U.S.C. section 636, the Court has reviewed the First Amended Petition, all of the records herein and the attached Report and Recommendation of United States Magistrate Judge. Further, the Court has engaged in a de novo review of those portions of the Report and Recommendation to which any objections have been made. The Court accepts and adopts the Magistrate Judge's Report and Recommendation.

    IT IS ORDERED that: (1) Petitioner's motion for discovery and motion for appointment of counsel are denied; and (2) Judgment shall be entered denying and dismissing the First Amended Petition with

prejudice.

IT IS FURTHER ORDERED that the Clerk serve copies of this Order, the Magistrate Judge's Report and Recommendation and the Judgment herein on Petitioner and on counsel for Respondent.

LET JUDGMENT BE ENTERED ACCORDINGLY.

DATED: October 31, 2017.

/s/
_____
FERNANDO M. OLGUIN
UNITED STATES DISTRICT JUDGE