FILED
CLERK, U.S. DISTRICT COURT
OCT 31 2017
CENTRAL DISTRICT OF CALIFORNIA
BY          DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOE MALDONADO, | ) NO. CV 16-998-FMO(E) |
| Petitioner, | ) |
| v. | ) JUDGMENT |
| KIM HOLLAND, Warden, | ) |
| Respondent. | ) |

Pursuant to the Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the First Amended Petition is denied and dismissed with prejudice.

DATED: October 31, 2017

FERNANDO M. OLGUIN
UNITED STATES DISTRICT JUDGE